In The United States District Courts,
Panama City Division

Michael L Toler Jr
Plaintiff, D.C.# P21439

V.        Case No.: 5:22-cv-110-TWJ-MJF

Secretary, FLDOC et, AL
Defendant
_____/

Motion For Enlargement of Time

Comes Now, Plaintiff Michael L Toler Jr, seeks that this honorable Court grants an enlargement of (45) days to prepair his Second Amended 42 U.S.C § 1983. In support of this Motion Plaintiff present the following:

1.) Plaintiff Avers that on October 10, 2022, He was Transferred From Walton C.I to Reception Medical Center without Any of His Legal Documents. His Legal Documents were in possession of the Law clerk Assigned to Assist with prepairing His Motion.

2.) On October 18, 2022, This Court stated in its order for the plaintiff to Have His Second Amended 1983 filed on or by November 21, 2022. However, As of

- 1 -

This Date, Plaintiff Has Not Received All of The Necessary Legal Documents In order to comply with this Courts order.

3) Plaintiff is Not Seeking An Indefinet extenttion, But is simply seeking that this honorable court grants him (45) More Days In order To Retrieve The Rest of His missing Legal Document In order to prepair His Claims.

Wherefore, Plaintiff prays that this Honorable Court Grants An Enlargement of (45) Days In order For the plaintiff to Retrieve the Rest of His Legal Documents To prepair His claims.

Respectfully,

/S/ Michael Toler Jr
Michael L Toler Jr
# p21429

-2-

Certificate of Service

I, Michael L. Toler Jr, Hereby Declair That I placed the Foregoing Motion For Enlargement of Time In to the Hands of Reception medical Center Mail Room officials on This 18th Day of November, 2022, For mailing to the Northern United States District Courts one North Palafox street Pensacola, FL 32502

I further Hereby Declair under the penalties of perjury that the Foregoing Statement is true And may serve For a prosecution For Making A False Statement if Found not to Be true.

/S/ Michael L Toler Jr
Michael L Toler Jr
DC.# P21439

- 3 -

RECEPTION AND MEDICAL CENTER
DATE: 11/18/22
INMATE INITIALS: MT

Michael L Toler JR #P21439
Reception Medical Center
P.O. Box 628
Lake Butler, FL 32054

Legal Mail

**MAILED FROM A STATE CORRECTIONAL INSTITUTION**

Legal Mail

United States District Courts
One North Palafox Street
Pensacola, FL 32057

RECEPTION AND MEDICAL CENTER
DATE: 11/18/22
INMATE INITIALS: M