UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

MICHAEL L. TOLER, JR.,

v.

SECRETARY, FLORIDA DEPARTMENT
OF CORRECTIONS, *et al.*

Case No. 5:22-cv-110-TKW/MJF

REFERRAL AND ORDER

Referred to Magistrate Judge Michael J. Frank on December 14, 2022

Motion/Pleadings: Motion for Enlargement of Time

Filed by Plaintiff Michael L. Toler, Jr. on December 12, 2022   Doc. # 27

JESSICA J. LYUBLANOVITS,
CLERK OF COURT

s/ Jeremy Wright, Deputy Clerk

Plaintiff's motion, Doc. 27, is **GRANTED IN PART** and **DENIED IN PART**. **On or before January 13, 2023**, Plaintiff shall comply with this court's order of September 20, 2022. Doc. 20. **This court likely will not grant any further extensions of time, absent extraordinary circumstances**.

Failure to comply with the instructions set forth above likely will result in dismissal of this action for failure to comply with an order of the court, failure to prosecute, failure to comply with the Federal Rules of Civil Procedure and the Local Rules, and failure to state a plausible claim for relief.

**SO ORDERED** this 14th day of December, 2022.

/s/ *Michael J. Frank*
**Michael J. Frank**
**United States Magistrate Judge**